■ In the Matter of LILLIAN ROBERTS, as Executive Director of District Council 37, AFSCME, AFL-CIO, et al., Respondents, v ANDREW M. CUOMO, as Governor of the State of New York, et al., Appellants. [11 NYS3d 887]—Lahtinen, J.P. Appeal from a judgment of the Supreme Court (Lynch, J.), entered January 7, 2014 in Albany County, which partially granted petitioners' application, in a proceeding pursuant to CPLR article 78, to, among other things, annul a determination of respondent State Budget Director to pay overtime to certain overtime-ineligible employees.

This appeal involves a dispute about the extent to which certain state employees are entitled to overtime compensation for work performed in the course of the declared extreme emergency resulting from Hurricane Sandy. The dispositive issue is the same as was recently before us in *Matter of Kent v Cuomo* (124 AD3d 1185 [2015], *lv denied* 25 NY3d 906 [2015]) and, for the reasons set forth therein, the judgment must be reversed. The remaining arguments, to the extent properly before us, are unavailing.

McCarthy, Rose and Clark, JJ., concur. Ordered that the judgment is reversed, on the law, without costs, and petition dismissed.